CLOSED,CONSOLIDATED,MEMBER_CASE

## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:20-cv-00991-XR

Moulton et al v. United States of America  
Assigned to: Judge Xavier Rodriguez  
Lead case: 5:18-cv-00555-XR  
Member case: (View Member Case)  
Cause: 28:1346 Tort Claim  

Date Filed: 08/24/2020  
Date Terminated: 07/30/2021  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Jessica Moulton**     represented by **Brett T. Reynolds**  
Brett Reynolds & Associates, P.C.  
1250 N.E. Loop 410 Suite 310  
San Antonio, TX 78209  
(210)805-9799  
Fax: 210 455 2434  
Email: btreynolds@btrlaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Lane**     represented by **Brett T. Reynolds**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2020 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-13892962), filed by Jessica Moulton, William Lane. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet. Signed, # 2 Exhibit Exh. B, # 3 Exhibit Exh. C, # 4 Exhibit Exh. D, # 5 Exhibit Exh. E, # 6 Exhibit Exh. A)(Reynolds, Brett) (Entered: 08/24/2020) |
| 08/24/2020 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by William Lane, Jessica Moulton. (Reynolds, Brett) (Entered: 08/24/2020) |
| 08/24/2020 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (mgr) (Entered: 08/26/2020) |
| 08/24/2020 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (mgr) (Entered: 08/26/2020) |
| 08/26/2020 | 3 | Summons Issued as to United States of America., Summons Issued as to United States of America, U.S. Attorney and U.S. Attorney General (mgr) (Entered: 08/26/2020) |
| 08/28/2020 | 4 | ORDER -that this case, SA-20-CV-0991-XR, is consolidated with the lead case, 5:18-CV-555-XR. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 08/28/2020) |
| 07/30/2021 | 5 | ORDER-- The Clerks office is therefore DIRECTED to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents under the lead case, Holcombe v. United States, SA-18-CV-555-XR. Signed by Judge Xavier Rodriguez. (bc) (Entered: 08/02/2021) |
| 02/22/2022 | 6 | NOTICE of Filing Proposed Final Judgment by William Lane, Jessica Moulton (Alsaffar, Jamal) (Entered: 02/22/2022) |
| 04/05/2022 | 7 | NOTICE of Filing Revised Proposed Final Judgment by William Lane, Jessica Moulton (Alsaffar, Jamal) (Entered: 04/05/2022) |
| 04/05/2022 | 8 | FINAL JUDGMENT. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/05/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2022 06:42:12 | | | |
| **PACER Login:** | aprilstrahan:5751545:0 | **Client Code:** | Sutherland Springs |
| **Description:** | Docket Report | **Search Criteria:** | 5:20-cv-00991-XR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# FREE STATE REPORTING, INC.

1378 CAPE ST. CLAIRE ROAD  
ANNAPOLIS, MD 21409  
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/25/21 | WDTX255 |

**PAID 08/25/21**

| BILL TO | SHIP TO |
|---|---|
| Mark P. Gainey<br>1250 NE Interstate 410 Loop<br>San Antonio, Texas 78209 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Deposition of: William Lane<br>First copy of transcript | 67 | 3.15 | 211.05 |

Federal ID # ▓▓▓▓▓▓▓.   DUNS #051045359

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $211.05

**Balance Due:** $0.00

**FREE STATE REPORTING, INC.**
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/25/21 | WDTX179 |

PAID 02/25/21

| BILL TO | SHIP TO |
|---|---|
| Mark P. Gainey<br>1250 NE Interstate 410 Loop<br>San Antonio, Texas 78209 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
|  |  |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition: 1/22/2021<br>In the matter of: Holcombe v. USA<br>Deposition of: Jessica Moulton<br>Condensed copy of transcript | 75 | 3.15 | 236.25 |
| Exhibits | 13 | 0.58 | 7.54 |

Federal ID #:            DUNS #051045359

| | |
|---|---|
| Total: | $243.79 |
| Balance Due: | $0.00 |

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.